IN THE UNITED STATES DISTRICT COURTS FOR THE MIDDLE TENNESSEE

NASHVILLE DIVISION

MICHAEL HOLT

#201290

Plaintiff,

vs.

DAVIDSON COUNTY C J C JAIL

Defendant

Case No. : #_____

Motion is : _Denied_

This pro se motion is unsigned and is DENIED. The action has been dismissed. (D/E 17) and time for any appeal has passed.

2-21-14

### Motion to process court copy's

PLAINTIFF , MICHAEL HOLT STATES PRISONER , FILED A PROSE IN CASE # 3:11 - cv 1153 ACTION UNDER 42 U S C 1983 AGAINST THE DEFENDANTS : CORRECTIONAL OFFICER WILLIAMS , AND TROOPER AND AT THE DAVIDSON COUNTY ( C J C ) UNDER THE PROSE OF DUE PROCESS LISTED UNDER T .C .A . 39 – 11 - 201 IN (2) SEPARATE INCIDENTS ON THE 1ST OCCASION ON : 09 / 12 / 2010 1ST INCIDENTS OCCURRED IN THE LATE HOURS OF THE NIGHT IN MY DEEP SLEEP I SOMEHOW ROLLED OVER AND FELL APPROX. 5 FT TO THE FLOOR AND INJURED MY RIGHT SHOULDER AND I DID SEEK REFUGE IN MEDICAL ASSISTANCE AND IT TOOK APPROX. IT TOOK ABOUT 5 PAINFUL DAYS BEFORE ACTUAL TREATMENT WAS AVAILABLE FOR ME TO SEEK REFUGE IN GETTING HELP . I DID GET A MRI DONE AND I WAS SENT TO DYERSBURG REGIONAL HOSPITAL FOR ADDITIONAL TREATMENT PATIENTS # 5483753 CHART #030050338 AND THEY PERFORMED A MRI ON ME AND IT SHOWED PROOF OF I DID HAVE SUBSTANTIAL DAMAGE TO MY

Case 3:11-cv-01153   Document 21   Filed 01/30/14   Page 1 of 2 PageID #: 50

Summary of pleading - 1